UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHANNON ALEXANDER     CIVIL ACTION

VERSUS

RAY JONES     NO.: 18-CV-00616-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 32)**. The Report and Recommendation addresses Defendant's Motion to Dismiss (Doc. 23). The Motion is opposed. (Docs. 26 and 28). Defendant claimed, *inter alia*, that pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff failed to make a claim upon which relief could be granted. Plaintiff claimed that Defendant allowed an inmate into his cell for the purpose of allowing the inmate to sexually assault Plaintiff. Plaintiff further alleges he was able to fend off the attack with a razor blade. (Doc. 32 at p. 3). Defendant claimed that Plaintiff had not alleged that he suffered a compensable injury. (*Id.*). The Magistrate Judge recommended that Plaintiff be given an additional 21 days from the date of the Order to amend his complaint to include further factual details as to the alleged deliberate and/or reckless indifference claims, and malicious and evil intent on the part of Defendant, and that Defendant's Motion to Dismiss be denied without prejudice. (*Id.* at p. 5).[1]

---

[1] After the Magistrate Judge's Report and Recommendation was entered into the record, Defendant filed an Amended Complaint (Doc. 33).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 32 at p. 1). Neither party objected. Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 32)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Doc. 23) is **DENIED WITHOUT PREJUDICE** to the right to re-submit the motion in response to Plaintiff's Amended Complaint (Doc. 33).

Baton Rouge, Louisiana, this 31st day of July, 2019.

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA