UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHANNON ALEXANDER                                         CIVIL ACTION

VERSUS

RAY JONES                                                 NO.: 18-000616-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 55)** pursuant to 28 U.S.C. §636(b)(1). The Report and Recommendation addresses the Motion to Dismiss (Doc. 43) filed by Defendant Ray Jones, arguing for the dismissal of *pro se* Plaintiff Shannon Alexander's Complaint (Doc. 1) for failure to state a claim upon which relief can be granted. The Magistrate Judge recommended that the Court deny Defendant's Motion and refer this matter to him for further proceedings. (Doc. 55 at p. 5).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. §636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and

1

Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 55)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendant's Motion is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is referred to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 20th day of April, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**